**FILED**

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0585

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0585

_____

 

DONNIE LEE STANDLEY,

       Petitioner and Appellant,

    v.

STATE OF MONTANA,

       Respondent and Appellee.

**O R D E R**

_____

    Appellant Donnie Lee Standley has filed a motion for an extension to file his reply brief. Good cause appearing,

    IT IS ORDERED that Standley has until November 14, 2022, within which to file his reply brief.

    No further extensions will be granted.

    DATED this 13 day of September 2022.

           For the Court,

                             _____
                                  Chief Justice

**FILED**

SEP 1 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana